IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-01821-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD C. SANFORD,

    Defendant,

and

SERVICE MAGIC, INC.,

    Garnishee.

## GARNISHEE ORDER

**Blackburn, J.**

The matter before me is the plaintiff's **Motion For Entry of Garnishee Order** [#9] filed August 10, 2010. A Writ of Garnishment, directed to Garnishee, has been duly issued and served on the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on July 14, 2010, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant and that garnishee was indebted to Defendant in the form of wages paid to the debtor.

On June 14, 2010, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property. After reviewing the file and the motion, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion For Entry of Garnishee Order** [#9] filed August 10, 2010, is **GRANTED**;

2. That Garnishee pay each period twenty-five per cent (25%) of defendant's disposable wages to Plaintiff and continue the payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further order of this Court.

Dated August 13, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge