IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-01821-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD C. SANFORD,

    Defendant,

and

SERVICE MAGIC, INC.,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

**Blackburn, J.**

The matter is before me on the government's **Motion to Dismiss Writ of Garnishment** [#15][1] filed September 26, 2011. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Dismiss Writ of Garnishment** [#15] filed September 26, 2011, is **GRANTED**; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That the **Writ of Continuing Garnishment** [#5] entered June 10, 2010, is **TERMINATED**.

Dated September 26, 2011, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge